UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 3:09-00240 |
| | ) | |
| v. | ) | |
| | ) | |
| FAITH READUS et al. | ) | |

**ORDER**

This matter comes before the Court on the Government's Motion to Seal the Eighth Superseding Indictment. It is hereby ordered that:

The Motion is granted and the Eighth Superseding Indictment is ordered sealed, pending further order of the Court, except that a redacted copy: (a) may be provided by the Government to the defendant or the defendant's counsel after the defendant is arrested; and (b) shall be provided by the Clerk's office to the United States Marshals Service (USMS) to permit the USMS to perform its statutorily authorized duties.

The Clerk is directed to file this Order and related matters under seal and, except for a copy of the Eighth Superseding Indictment the Clerk shall provide to the USMS, to serve them only on counsel for the Government. The Eighth Superseding Indictment shall remained sealed even as to the currently charged defendants until the United States files and obtains appropriate unsealing orders from the responsible United States Magistrate Judge.

Dated: 11-30-11

HONORABLE Wm. J. Haynes, Jr.
UNITED STATES District JUDGE