IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA | ) | No. | 3:09-cr-00240-2 |
| | ) | | 3:09-cr-00240-3 |
| | ) | | 3:09-cr-00240-4 |
| | ) | | 3:09-cr-00240-5 |
| v. | ) | | 3:09-cr-00240-6 |
| | ) | | 3:09-cr-00240-8 |
| | ) | | 3:09-cr-00240-9 |
| FAITH READUS; PAUL MCQUIDDY; | ) | | 3:09-cr-00240-10 |
| MONTERIUS POLLARD; HOWARD COLEMAN; | ) | | 3:09-cr-00240-11 |
| TOMEKA COLEMAN; THOMAS BRANUM; | ) | | 3:09-cr-00240-15 |
| MONTERIUS POLLARD; CECIL WHITMON, III; | ) | | 3:09-cr-00240-16 |
| MICHAEL DEVONN DAVIS; TIERRA YOUNG; | ) | | 3:09-cr-00240-17 |
| ANTONIO LEE; OMEGA HARRIS; | ) | | 3:09-cr-00240-20 |
| LEONARD BAUGH; LACHAUNTI WILLIAMS; | ) | | 3:09-cr-00240-21 |
| CHRISTOPHER MOODY; PATRICK SCOTT; | ) | | 3:09-cr-00240-23 |
| ANTHONY JOHNSON; JAMES CAMPBELL; | ) | | 3:09-cr-00240-25 |
| BRICE N. MARCHBANKS; and | ) | | 3:09-cr-00240-26 |
| THOMAS CAREY, JR. | ) | | 3:09-cr-00240-27 |
| | ) | | 3:09-cr-00240-28 |
| | ) | Judge Nixon | |

### ORDER

At a status hearing for the above-captioned Defendants, held before the Court on November 29, 2012, the Court ordered the parties to determine dates for hearings on various pending pretrial motions. Upon agreement of the parties, the Court hereby **SCHEDULES** a hearing on the pending Motions to Dismiss for Speedy Trial Violations, for **December 17, 2012**, at **1:00 p.m.** The Court also **SCHEDULES** a hearing on all other pretrial motions to be heard, for **January 4, 2013** at **10:00 a.m.**

It is so ORDERED.

Entered this 29th day of November, 2012.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT