IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | No. 3:09-cr-00240-2 |
| v. | ) | |
| | ) | Judge Nixon |
| **FAITH READUS** | ) | |

# ORDER

Pending before the Court is Defendant Faith Readus's Motion to Join Previously Filed Motions ("Motion to Join"). (Doc. No. 1588.) Specifically, Ms. Readus requests to join Defendant Paul McQuiddy's Motion for Additional Peremptory Challenges and the Right to Exercise Those Challenges Independently After Consultation and Memorandum in Support (Doc. Nos. 415–16), Motion for Daily Trial Transcript and Memorandum in Support (Doc. Nos. 423–24), and Motion for Equal Access to Exhibits and Memorandum in Support (Doc. Nos. 425–26); Defendant Monterius Pollard's Motion for Jury-out *Enright* Hearing on Admissibility of Alleged Co-conspirator Statements and Memorandum in Support (Doc. Nos. 656–57); Defendant Thomas Branum's Motion for Early Disclosure of *Jencks* Act Material and Disclosure of Government's Witness List and List of Exhibits (Doc. No. 969), Motion for Pretrial Designation of All Phone Calls that the Government Intends to be Used in Their Case-In-Chief (Doc. No. 970), Motion to Reveal Agreements and Unseal Plea Agreement(s) (Doc. No. 971); Defendant James Campbell's Motion for Disclosure of Intent to Use Evidence (Doc. No. 1128), Motion in Limine #1: Co-defendants' Statements/Confessions (Doc. No. 1177), Motion in Limine #2: Request for Disclosure of 404(b) Evidence (Doc. No. 1178), Motion in Limine #3: Government to Reveal Statements it Intends to Use as Co-Conspirator Statements (Doc. No. 1179), Motion in Limine #4: Government Agents to Retain Rough Notes (Doc. No. 1180),

1

Motion in Limine #6: Compel the Government to Disclose Material Witnesses (Doc. No. 1182), Motion in Limine #7: Disclosure of Grand Jury Testimony (Doc. No. 1183); Defendant Christopher Moody's Motion to Determine the Existence of a Conspiracy (Doc. No. 1546) and Motion to Exclude Non-testifying Co-conspirator Statements (Doc. No. 1548); and Defendant Patrick Scott's Motion to Exclude any Testimony Regarding Gang Affiliation and Associated Aliases or Nicknames (Doc. No. 1554).

The arguments made by Mssrs. McQuiddy, Pollard, Branum, Campbell, Moody, and Scott in their motions apply equally to Ms. Readus. Accordingly, the Court **GRANTS** the Motion to Join with respect to the above-named motions. (Doc. Nos. 415–16; 423–26; 656–57; 969–71; 1128; 1177–80; 1182–83; 1546; 1548; 1554.)

It is so ORDERED.

Entered this the __7th__ day of January, 2013.

_____
JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT