IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No.   3:09-cr-00240-2 |
| v. | ) | 3:09-cr-00240-4 |
| | ) | 3:09-cr-00240-26 |
| FAITH READUS; HOWARD COLEMAN; | ) | Judge Nixon |
| JAMES CAMPBELL | ) | |

## ORDER

Pending before the Court is Defendant James Campbell's Motion for Government Agents to Retain Rough Notes ("Motion"), in which Mr. Campbell requests the Court order the Government to retain all rough notes by officers and informants during investigation into this case. (Doc. No. 1180.) Defendants Howard Coleman and Faith Readus have joined the Motion. (Doc. Nos. 1608; 1609.) The Government filed a Response in which it stated that it has asked agents to retain their rough notes related to investigation of this case. (Doc. No. 1267.) Accordingly, Mr. Campbell's Motion (Doc. No. 1180) is **TERMINATED AS MOOT**.

It is so ORDERED.

Entered this the ___7th____ day of January, 2013.

_____
JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT