IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) No. | 3:09-cr-00240-2 |
| v. | ) | 3:09-cr-00240-4 |
| | ) | 3:09-cr-00240-11 |
| FAITH READUS; HOWARD COLEMAN; | ) | 3:09-cr-00240-15 |
| TIERRA YOUNG; ANTONIO LEE; | ) | 3:09-cr-00240-23 |
| PATRICK SCOTT | ) | Judge Nixon |

**ORDER**

Pending before the Court is Defendant Patrick Scott's Motion in Limine to Exclude any Testimony Regarding Gang Affiliation and Associated Aliases or Nicknames ("Motion"). (Doc. No. 1554.) Specifically, Mr. Scott requests that the Court order the Government not to disclose to the jury any statements about Mr. Scott's alleged gang affiliation due to the prejudicial effect substantially outweighing the probative value of such statements. (*Id.*) Defendants Antonio Lee, Tierra Young, Howard Coleman, and Faith Readus have joined the Motion. (Doc. Nos. 1576; 1579; 1608; 1609.)

At a hearing held January 4, 2013, the Government stated that it opposed the Motion because the evidence Mr. Scott seeks to exclude is highly probative and necessary to prove affiliations between the Defendants.

Having considered the Motion and the parties' arguments, the Court **GRANTS** the Motion insofar as the Government shall not make reference to Defendants' alleged gang affiliation before the jury, through the completion of opening statements. The Court reserves judgment on the Motion with respect to whether the Government may disclose Defendants' alleged gang affiliation following opening statements.

It is so ORDERED.

Entered this the _7th_ day of January, 2013.

_____
JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT